# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158592(10)

*In re* ANONYMOUS JUDGE

SC: 158592
RFI No. 2017-22845

BEFORE THE JUDICIAL TENURE COMMISSION

_____/

     On order of the Chief Justice, the motion to strike the reply of the Judicial Tenure Commission is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2018         

Clerk